UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | Civ. No. 07-CV-11870-GAO |
| v. | ) | |
| DIRECT MARKETING CONCEPTS, INC., et al. | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR STATUS CONFERENCE**

Plaintiff Federal Trade Commission ("FTC" or "Commission") and defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., ITV Global, Inc., Donald W. Barrett, and Robert Maihos ("Defendants") respectfully request that the Court schedule a status conference in order to assist the parties in settling the case. The parties are engaged in settlement discussions, but believe that the Court's involvement would facilitate the settlement process.

**I.   PROPOSED CONFERENCE**

The parties' settlement talks have intensified following the First Circuit Court of Appeals' recent affirmation of this Court's rulings in the related matter of *FTC v. Direct Marketing Concepts, Inc.*, No. 04-11136-GAO (D. Mass.). In the *Direct Marketing Concepts* case, this Court issued a $48.2 million judgment against all the defendants in the instant matter with the exception of ITV Global, Inc. At the proposed status conference, the parties would explore various means to facilitate settlement, including the possibility of scheduling some type of asset discovery of ITV Global, Inc., possibly conducted under the Court's supervision. The parties believe that the Court's involvement in these discussions would assist the parties in reaching agreement.

## II. CONCURRENTLY FILED MOTION TO STAY DISCOVERY

The deadline for conducting discovery is November 12. In order to provide themselves with additional opportunity to reach settlement, the parties concurrently have filed a joint motion to stay discovery and suspend the deadline for filing dispositive motions.

Should settlement discussions fail, the parties would move the Court to establish new deadlines for the completion of discovery and filing of dispositive motions.

## III. CONCLUSION

For the above-stated reasons, the parties respectfully request that the Court schedule a status conference in this matter.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF, | DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD W. BARRETT, and ROBERT MAIHOS |
|---|---|
| s/ Edward Glennon <br> Heather Hippsley <br> Edward Glennon <br> Shira D. Modell <br> Federal Trade Commission <br> 600 Pennsylvania Avenue, N.W. <br> Mail Drop NJ-3212 <br> Washington, DC 20580 <br> Telephone: (202) 326-3285/3126/3116 <br> Telecopier: (202) 326-3259 | By their attorney(s), <br> s/ Christopher Robertson <br> Peter S. Brooks, BBO #058980 <br> Christopher F. Robertson, BBO #642094 <br> Susan Gelwick , BBO #567115 <br> SEYFARTH SHAW LLP <br> Two Seaport Lane, Suite 300 <br> Boston, MA 02210-2028 <br> Telephone: (617) 946-4800 <br> Telecopier: (617) 946-4801 |

Dated: November 8, 2010

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Edward Glennon, hereby certify that I conferred with counsel for Defendants, Christopher Robertson, concerning the issues raised in this motion and that the parties have agreed to file the instant motion jointly.

/s/ Edward Glennon

CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2010 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Edward Glennon