IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., )<br>ITV DIRECT, INC., ITV GLOBAL, INC. )<br>DONALD W. BARRETT, and )<br>ROBERT MAIHOS, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-cv-11870-GAO |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, defendants Direct Marketing Concepts, Inc., ITV Direct, Inc. and ITV Global, Inc. state that they are informed that defendant Robert Maihos died on June 28, 2011, and therefore suggest the death of the defendant on the record.

Respectfully submitted,

DIRECT MARKETING CONCEPTS, INC.,
ITV DIRECT, INC., ITV GLOBAL, INC.
DONALD W. BARRETT, and ROBERT
MAIHOS,

By their Attorneys,

/s/ Christopher Robertson
Peter S. Brooks (BBO # 058980)
Christopher F. Robertson (BBO # 642094)
Jonathan R. Hausner (BBO # 654494)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

Date:  June 30, 2011

13524414v.1

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 30, 2011.

/s/  Christopher F. Robertson